# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

_____

**Antoinette Bertina Harris,**          )          Case No. 23-10321
                                        )          Chapter 7
      **Debtor.**         )
_____  )

## MOTION TO EXTEND TIME
## TO FILE
## LISTS, SCHEDULES and STATEMENTS

**COMES NOW**, the Debtor, Antoinette Bertina Harris, by and through Counsel, Ashley F. Morgan, Esq., of Ashley F. Morgan Law, PC, and prays and submits, as follows:

1. Debtor filed a petition under Chapter 7 of the Bankruptcy Code on March 3, 2023.

2. The deadline to file the Lists, Schedules and Statements is March 17, 2023.

3. The Court has assigned Janet M. Meiburger as the Chapter 7 Case Trustee and the §341 Meeting of Creditors has been set for March 30, 2023 at 11:00AM.

4. Debtor hereby requests that the deadline to file said documents be extended. Creditors objecting to the proposed extension must file a written objection with the Court within seven days of service of this Motion.

**WHEREFORE,** Debtor requests an Order extending the time in which to file the Lists, Schedules and Statements herein.

Ashley F. Morgan, Esq., VSB# 86464
Ashley F. Morgan Law, PC
722 Grant Street, Suite G
Herndon, VA 20170
Ph: (703)880-4881  ** Fax: (571) 376-5891
MilanesLaw@gmail.com

Respectfully submitted this March 17, 2023.

                                      Antoinette Bertina Harris
                                      By Counsel

**Ashley F. Morgan Law, PC**
722 Grant Street, Suite G
Herndon, VA 20170
(703) 880-4881
F: (571) 742-9487

By:    /s/ Ashley F. Morgan
        Ashley F. Morgan, VA Bar No. 86464
        **Counsel for Debtor**

## Certificate of Service

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all necessary parties and counsel(s) of record.

Submitted this Friday, March 17, 2023.

                                    /s/ Ashley F. Morgan
                                    Ashley F. Morgan, Esq.